UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SHAREN SECOR,

    Plaintiff,

v.                                              Case No.: 6:14-cv-1769-Orl-31DAB

MARKONE FINANCIAL, LLC,

    Defendant.

_____/

## **MEDIATION REPORT**

In accordance with the Court's Case Management and Scheduling Order, a mediation was held on April 14, 2015, and the results of that mediation are indicated below.

(a)     The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference, and each possessed the requisite authority:

        ☒     All individual parties and their respective counsel

        ☒     Designated corporate representatives

        ☐     Required claims professionals – Not applicable.

(b) The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or participate as ordered:

Not applicable.

(c) The outcome of the mediation conference was:

☐ <u>The case has been completely settled</u>. In accordance with Local Rule 9.06(b), lead counsel will promptly notify the Court of settlement in accordance with Local Rule 3.08 by the filing of a settlement agreement signed by the parties and the mediator within ten (10) days of the mediation conference.

☐ <u>The case has been partially resolved</u> and lead counsel has been instructed to file a joint stipulation regarding those claims which have been resolved within ten (10) days. The following issues remain for this Court to resolve:

_____
_____
_____
_____
_____

☐ <u>The conference was continued</u> with the consent of all parties and counsel. The mediation conference will be held on a date certain not later than ten (10) days prior to the scheduled trial date. Any continuance beyond that time must be approved by the presiding Judge. Mediation Reports will be filed after additional conferences are complete.

☒ <u>The parties have reached an impasse</u>.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 15, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will

send a notice of electronic filing to the following:

Michael J. Vitoria, Esquire
Email:  mvitoria@forthepeople.com
Morgan & Morgan, P.A.
7th Floor
201 North Franklin Street
Tampa, Florida 33602
Counsel for Plaintiff, Sharen Secor

Adam J. Vesey, Esquire
Email:  Avesey@kpsos.com
Killgore, Pearlman, Stamp, Ornstein & Squires, PA
2 South Orange Avenue, 5th Floor
Post Office Box 1913
Orlando, Florida 32802-1913
Counsel for Defendant, Markone Financial, LLC

William J. Denius, Esquire
Email:  wjdenius@kpsos.com
Killgore, Pearlman, Stamp, Ornstein & Squires, PA
2 South Orange Avenue, 5th Floor
Post Office Box 1913
Orlando, Florida 32802-1913
Counsel for Defendant, Markone Financial, LLC

/s/ Nicholas A. Shannin
Nicholas A. Shannin, Mediator
Florida Bar No. 0009570
Service Email:  service@shanninlaw.com
SHANNIN LAW FIRM, P.A.
214 East Lucerne Circle, Suite 200
Orlando, Florida  32801
407-985-2222